## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MICAH ALAN STEFFER**                                                          **PLAINTIFF**
**#172850**

**V.**                            **NO. 4:22-cv-00515-BSM-ERE**

**ROBERT GENTERY and**
**CHRIS WOLCOTT**                                                              **DEFENDANTS**

### <u>ORDER</u>

On June 2, 2022, Plaintiff Micah Alan Steffer, an inmate at the Sevier County Jail, filed a complaint (*Doc. 2*) under 42 U.S.C. § 1983 alleging that the conditions of his confinement are unconstitutional. He sues Sevier County Sheriff Robert Gentery and Jail Administrator Chris Wolcott.

Mr. Steffer and all Defendants are located in De Queen, Arkansas, which is in the Western District of Arkansas. Venue is proper in the judicial district where "any defendant resides" or where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). Accordingly, the interest of justice will best be served by transferring the case to that federal court. See 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

Accordingly, the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 3rd day of June, 2022.


_____
UNITED STATES MAGISTRATE JUDGE